```
1   Jefferson T. Collins, Bar #016428
    Patrick C. Gorman, Bar #028817
2   Kathryn L. Hunnicutt, Bar #036257
    JONES, SKELTON & HOCHULI, P.L.C.
3   40 North Central Avenue, Suite 2700
    Phoenix, Arizona 85004
4   Telephone: (602) 263-1700
    Fax: (602) 200-7842
5   jcollins@jshfirm.com
    pgorman@jshfirm.com
6   khunnicutt@jshfirm.com

7   Attorneys for Defendant United States
    Fencing Association
8
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jane Doe, | NO. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| United States Fencing Association, Mauro Hamza, and Does 1 through 50, Inclusive, | |
| Defendant. | |

Defendant, United States Fending Association, by and through undersigned counsel, files this Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

1. On or about December 23, 2020, Plaintiff filed her Complaint against Defendants in the Superior Court of the State of Arizona, in and for the County of Maricopa, under the caption "*Jane Doe v. United States Fencing Association, Mauro Hamza, et al.*" A copy of the initial pleadings is attached hereto as **Exhibit A**. Defendant United States Fencing Association was served with the Summons and Complaint on March 12, 2021.

9236732.1

2. Defendant United States Fencing Association is a not for profit Colorado corporation with its principal place of business in Colorado Springs, Colorado. Defendant United States Fencing Association's "nerve center" is Colorado Springs, Colorado.

3. According to the Complaint, Plaintiff is a resident of Vietnam.

4. Defendant Mauro Hamza has not been served, but upon information and belief, is a resident of Egypt.

3. According to the Complaint, Plaintiff alleges that she was sexually abused and assaulted multiple times by Defendant Mauro Hamza while Plaintiff was a minor, including allegedly being sexually assault and/or abused in Arizona. [*See* Complaint ¶¶ 22, 23, 33, 34, 36, 37.]

5. Based on undersigned counsel's experience in handling sexual abuse claims against minors, as well as jury verdicts from across the United States on such claims, the amount in controversy in this matter is in excess of $75,000.

6. Based on the foregoing, this Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332(a)(2) in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of a State and citizens or subjects of a foreign state. As such, this action may be removed to this Court pursuant to the provision of 28 U.S.C. § 1441, *et seq*.

7. This Notice of Removal is filed within thirty (30) days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

8. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

9. A Notice of Filing Notice of Removal was filed with the Maricopa County Superior Court and a copy of the same is attached hereto as **Exhibit B**.

WHEREFORE, Defendant respectfully requests that this action be removed

9236732.1

to this Court.

DATED this 30th day of March 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By s/Patrick C. Gorman
Jefferson T. Collins
Patrick C. Gorman
Kathryn L. Hunnicutt
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant United States Fencing Association

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document to the following non-CM/ECF participants:

Alexander Behar
PANISH SHEA & BOYLE, LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA  90025
behar@psblaw.com

AND

Michelle Simpson Tuegel (*Pro Hac Vice Pending*)
THE SIMPSON TUEGEL LAW FIRM
3301 Elm Street
Dallas, TX  75226
Attorneys for Plaintiff


s/Kadie G. Lewis

3

9236732.1