

| | |
|---|---|
| 1 | Jefferson T. Collins, Bar #016428 |
| | Patrick C. Gorman, Bar #028817 |
| 2 | Kathryn L. Hunnicutt, Bar #036257 |
| | JONES, SKELTON & HOCHULI, P.L.C. |
| 3 | 40 North Central Avenue, Suite 2700 |
| | Phoenix, Arizona 85004 |
| 4 | Telephone: (602) 263-1700 |
| | Fax: (602) 200-7842 |
| 5 | jcollins@jshfirm.com |
| | pgorman@jshfirm.com |
| 6 | khunnicutt@jshfirm.com |
| 7 | Attorneys for Defendant United States |
| | Fencing Association |

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| JANE DOE, | NO. CV2020-017055 |
| Plaintiff, | **NOTICE OF FILING NOTICE OF REMOVAL** |
| v. | (Assigned to the Honorable Margaret Mahoney) |
| UNITED STATES FENCING ASSOCIATION, MAURO HAMZA, and DOES 1 through 50, Inclusive, | |
| Defendants. | |

Defendant, United States Fencing Association, by and through undersigned counsel, pursuant to 28 U.S.C. § 1441, *et seq.*, hereby notify this Court that they have filed a Notice of Removal of this action to the United States District Court for the District of Arizona. A copy of the Notice of Removal (exclusive of exhibits) is attached hereto as **Exhibit A**.

9236579.1

DATED this 30th day of March 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/Patrick C. Gorman
Jefferson T. Collins
Patrick C. Gorman
Kathryn L. Hunnicutt
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant United States Fencing Association

ORIGINAL of the foregoing electronically filed this 30th day of March 2021.

COPY of the foregoing mailed/e-mailed this 30th day of March 2021, to:

Alexander Behar
PANISH SHEA & BOYLE, LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
behar@psblaw.com

AND

Michelle Simpson Tuegel (*Pro Hac Vice Pending*)
THE SIMPSON TUEGEL LAW FIRM
3301 Elm Street
Dallas, TX 75226
Attorneys for Plaintiff

/s/Kadie G. Lewis

9236579.1