Jefferson T. Collins, Bar #016428
Patrick C. Gorman, Bar #028817
Kathryn L. Hunnicutt, Bar #036257
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7842
jcollins@jshfirm.com
pgorman@jshfirm.com
khunnicutt@jshfirm.com

Attorneys for Defendant United States
Fencing Association

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe, | NO. |
| Plaintiff, | **DEFENDANT UNITED STATES FENCING ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| United States Fencing Association, Mauro Hamza, and Does 1 through 50, Inclusive, | |
| Defendant. | |

Defendant, United States Fencing Association, by and through undersigned counsel, hereby files its Corporate Disclosure Statement, in compliance with the provisions of: *(check one)*

Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any

9236933.1

nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

XXXXXXX --- No such corporation.


Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)


_____ Relationship _____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_____ Relationship _____

Other (please explain).

_____

_____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 30th day of March 2021.

JONES, SKELTON & HOCHULI, P.L.C.

By s/Patrick G. Gorman
    Jefferson T. Collins
    Patrick C. Gorman
    Kathryn L. Hunnicutt
    40 North Central Avenue, Suite 2700
    Phoenix, Arizona  85004
    Attorneys for Defendant United States
    Fencing Association

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document to the following non-CM/ECF participants:

Alexander Behar
PANISH SHEA & BOYLE, LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA  90025
behar@psblaw.com

AND

Michelle Simpson Tuegel (*Pro Hac Vice Pending)*
THE SIMPSON TUEGEL LAW FIRM
3301 Elm Street
Dallas, TX  75226
Attorneys for Plaintiff

9236933.1

3

1

s/Kadie G. Lewis

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9236933.1                                        4